THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANE DAVID HOLDING CORPORATION et al., Appellants, *v.* HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

(Argued April 16, 1934; decided April 27, 1934.)

*Meyer Kraushaar* for appellants.

*Paul Windels, Corporation Counsel* (*Willard S. Allen* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.